**DISMISS; and Opinion Filed February 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00137-CV

**COURTNEY CHADWICK, Appellant**
**V.**
**NATALIE JONES, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF11-09107-Z**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Brown

Appellant's brief in this case is overdue. By postcard dated August 26, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. Thereafter, we granted appellant's motion to extend time to file her brief and ordered appellant's brief to be filed by September 21, 2014. We expressly cautioned appellant that failure to comply would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, requested an additional extension of time to file her brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Ada Brown/
_____
ADA BROWN
JUSTICE


140137F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COURTNEY CHADWICK, Appellant

No. 05-14-00137-CV      V.

NATALIE JONES, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF11-09107-Z.
Opinion delivered by Justice Brown. Justices
Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NATALIE JONES recover her costs of this appeal from appellant COURTNEY CHADWICK.

Judgment entered this 3rd day of February, 2015.